**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKSHMI ARUNACHALAM,<br><br>      Plaintiff,<br><br>  v.<br><br>FREMONT BANCORPORATION, et al.,<br><br>      Defendants.<br>_____/ | No. C -15-00023(EDL)<br><br>**ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference is rescheduled to April 7, 2015 at 3:00 p.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102.  The joint case management statement must be filed by March 31, 2015.

**IT IS SO ORDERED.**

Dated: January 14, 2015

                                              ELIZABETH D. LAPORTE
                                              United States Chief Magistrate Judge