UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DR. LAKSHMI ARUNACHALAM

No. CV - 15 -

Plaintiff(s),

v.

FREMONT BANCORPORATION, and FREMONT BANK

Defendant(s).

**CLERK'S NOTICE:
CONSENT OR DECLINATION TO
MAGISTRATE JUDGE JURISDICTION**

FILED FEB 09 2015 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

INSTRUCTIONS: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

(X) **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( ) **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: February 4, 2015 / 2.4.2015

NAME: DR. LAKSHMI ARUNACHALAM

COUNSEL FOR (OR "PRO SE"): "PRO SE"

Lakshmi Arunachalam
Signature

2

Lakshmi Arunachalam
2 r 2 Stamford Avenue
Menlo Park, CA 94025

To
Clerk's Office, Att'n: Simone Voltz
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

RECEIVED
FEB - 9 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HARVEY MILK
FOREVER USA