| | |
|---|---|
| Victoria Q. Smith, Bar No. 236045<br>VSmith@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Telephone:  650.838.4300<br>Facsimile:  650.838.4350<br><br>Ramsey M. Al-Salam, Bar No. 109506<br>RAlsalam@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101<br>Telephone:  206.359.8000<br>Facsimile:  206.359.9000<br><br>*Attorneys for Defendants*<br>*Fremont Bancorporation and Fremont Bank* | Dr. Lakshmi Arunachalam<br>222 Stanford Avenue<br>Menlo Park, CA 94025<br>Telephone: (650) 690-0995<br>Facsimile: (650) 854-3393<br>laks22002@yahoo.com<br><br>*Pro Se Plaintiff* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. LAKSHMI ARUNACHALAM,<br><br>          Plaintiff,<br><br>   v.<br><br>FREMONT BANCORPORATION, a California Corporation; and FREMONT BANK, a California Corporation,<br><br>          Defendants. | Case No. 3:15-cv-00023-EDL<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

1   Pursuant to Civil L.R. 6-1(a), Plaintiff Dr. Lakshmi Arunachalam and Defendants
2   Fremont Bancorporation and Fremont Bank hereby stipulate and agree to extend the time for
3   Defendants to answer or otherwise respond to the Complaint by thirty days.   Defendants'
4   response is originally due February 26, 2015 and is now due March 30, 2015.
5   This extension will not alter the date of any other event or deadline already set by the
6   Court.
7   IT IS SO STIPULATED.

DATED:  February 17, 2015

By:  _____/s/ Lakshmi Arunachalam_____
    Dr. Lakshmi Arunachalam
    222 Stanford Avenue
    Menlo Park, CA 94025
    Telephone: (650) 690-0995
    Fax: (650) 854-3393
    laks22002@yahoo.com

*Pro Se* Plaintiff

DATED:  February 17, 2015     **PERKINS COIE LLP**

By:  _____/s/ Ramsey M. Al-Salam_____
    Victoria Q. Smith
    VSmith@perkinscoie.com
    Ramsey M. Al-Salam
    RAlsalam@perkinscoie.com

Attorneys for Defendants
Fremont Bancorporation and Fremont Bank

LEGAL125053335.1    Stipulation to Extend Time to Answer Complaint
CASE NO. 3:15-cv-00023-EDL

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 17, 2015, a true and correct copy of the foregoing was served on the parties via electronic mail pursuant to Civil Local Rule 5-1(h).

*/s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam

LEGAL125053335.1