1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
8                        NORTHERN DISTRICT OF CALIFORNIA
9
10   LAKSHMI ARUNACHALAM,                    Case No.  15-cv-00023-EDL, 15-cv-00024-
                                              EDL, 15-cv-00025-EDL
              Plaintiff,
11
         v.
12                                            **ORDER**
13   FREMONT BANCORPORATION, et al.,
              Defendants.
14

15          Plaintiff filed these cases on January 5, 2015.  On February 5, 2015, Plaintiff filed her

16   Consent to Proceed Before a United States Magistrate Judge in each case.  On March 13, 2015, the

17   Court issued an Order relating the three cases, and reassigning the cases to this Court.  On March

18   16, 2015, Plaintiff filed another form regarding consent and declination, which indicated

19   Plaintiff's declination to proceed before a United States Magistrate Judge with the following

20   explanatory handwritten note: "Due to Judge Laporte's conflict of interest with Trulia Inc.'s

21   counsel and the 2 cases are related."  See 15-cv-23 EDL (docket no. 20).

22          It appears that Plaintiff is seeking to withdraw her consent to proceed before a United

23   States Magistrate Judge in all three related cases.  Withdrawal of consent in civil cases is only

24   permitted in extraordinary circumstances.  See 28 U.S.C. § 636(c)(4); Dixon v. Ylst, 990 F.2d 478,

25   480 (9th Cir. 1993) ("Once a civil case is referred to a magistrate judge under section 636(c), the

26   reference can be withdrawn by the court only 'for good cause shown on its own motion, or under

27   extraordinary circumstances shown by any party.'").  "There is no absolute right, in a civil case, to

28   withdraw consent to trial and other proceedings before a magistrate judge."  Dixon, 990 F.2d at

*United States District Court*
*Northern District of California*

480.  The Court is not aware of any conflict of interest that would prevent it from presiding over these matters.   Nor has Plaintiff pointed to any extraordinary circumstances to justify withdrawal of consent.  Accordingly, Plaintiff's consent in all three cases is still in effect.

**IT IS SO ORDERED.**

Dated:  March 17, 2015

_____
Elizabeth D. Laporte
United States Magistrate Judge

United States District Court
Northern District of California